From: The District Court of the First Judicial District. County of Lewis & Clark.

STATE OF MONTANA, Plaintiff vs. IVAN LEE WILSON, Defendant.

NO. 3538

## DECISION

The application of the above-named defendant for a review of the sentence of 5 years for Receiving Stolen Property imposed on April 13, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed. The sentence of five years for receiving stolen property under the total circumstances of this case was certainly sufficiently lenient for this defendant.

We thank Jack Morton Esq., of the Montana Defender Project for his assistance to the defendant and this Court.

DATED this 9th day of July, 1970.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Sid G. Stewart.

From: The District Court of the First Judicial District. County of Lewis & Clark.

STATE OF MONTANA, Plaintiff, vs. JAMES SPURLOCK, Defendant.

NO. 3283

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years for Robbery, imposed on February 26, 1963, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

Since the original sentence this man has been paroled twice and violated twice, and yet he still is eligible to come before the August, 1970 Parole Board if he has no further disciplinary write-ups at the Prison.

We thank Nick Verwolf, Esq., of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 9th day of July, 1970.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Sid G. Stewart.